Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida
### Tampa Division



Rodrick E. DeBose

)
)
)
)
)
Plaintiff(s)
)
(Write the full name of each plaintiff who is filing this complaint.
)
If the names of all the plaintiffs cannot fit in the space above,
)
please write "see attached" in the space and attach an additional
)
page with the full list of names.)
)
-v-
)
)
CITI BANK N.A. & Best Buy
)
)
)
)
)
)
)
Defendant(s)
)
(Write the full name of each defendant who is being sued. If the
)
names of all the defendants cannot fit in the space above, please
)
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:21 CV 415 MSS-AEP
(to be filled in by the Clerk's Office)

# COMPLAINT AND REQUEST FOR INJUNCTION

I.  The Parties to This Complaint
    A.  The Plaintiff(s)

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    | | |
    |---|---|
    | Name | Rodrick DeBose |
    | Street Address | 8413 N. Armenia Ave. #1006 |
    | City and County | Tampa Hillsborough |
    | State and Zip Code | Florida 33604 |
    | Telephone Number | 239-273-6251 |
    | E-mail Address | debose239@icloud.com |

    B.  The Defendant(s)

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.



Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | CITI BANK N.A. |
| Job or Title *(if known)* | |
| Street Address | 388 Greenwich St. |
| City and County | New York & NEW YORK |
| State and Zip Code | New York & 10013 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Best Buy |
| Job or Title *(if known)* | |
| Street Address | 7601 Penn Ave S |
| City and County | Minneappolis & Hennepin |
| State and Zip Code | Minnesota & 55423 |
| Telephone Number | (612) 291-1000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
   15 usc 1601 & 15 1692

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Rodrick E. DeBose , is a citizen of the State of *(name)* Florida .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

      and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* CITI BANK N.A., is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: $45,000.00 in federal civil violations.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
The Truth in Lending Act is intended to inform consumers about the cost of credit. The Truth in Lending Act is intended to protect consumers against abuse and deceit by creditors and I have been abused and deceived so be it by CITI BANK N.A. I have sent 2 affidavits of truth and CITI BANK N.A. never rebutted any of the affidavits. CITI BANK N.A. used abusive practices. CITI BANK N.A. use deceptive form in an attempt to collect on a debt not owed by a consumer. CITI BANK N.A. has my credit card and continues to bill me after completing a consumer credit transaction 15 usc 1601. Pursuant to 15 usc 1692h remit all payments in the direction of me Rodrick DeBose.

B.  What date and approximate time did the events giving rise to your claim(s) occur?
1st affidavit November 27, 2020. 2nd affidavit December 14, 2020. All affidavits were ignored and never rebutted by CITI BANK N.A. I received a phone call and spoke with a representative but call was followed up. Default and opportunity to cure was delivered on February 2, 2021 with 10 days to reply to CITI BANK N.A. and was ignored. Filed CFPB complaints and they were sent to but was closed out with no rebutted affidavit.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I entered into a consumer credit transaction pursuant to 15 usc 1602(i). The Truth in Lending Act is intended to inform consumers about the cost of credit 15 USC 1601. The Truth in Lending Act is intended to protect consumers against abuse and deceit practices by creditors and I have been abused and deceived so be it by CITI BANK N.A. I receive monthly formal complaints stating facts every month stating that I owe an alleged debt. CITI BANK N.A. has used deceptive forms 15 usc 1692j(a) to do so and when brought to their attention I was ignored. I let them know their actions violates 15 usc 1602(p) because I am not benefitting from the consumer credit transaction that I authorize using my social security card.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The mental and financial stress I endure everyday having to live in undesirable neighborhood where I barely leave the house and disconnects me from my kids. Having to work more hours to make a change when my time put into my rights as a federal protected consumer ignored. Affidavits were ignored, why I patiently waited on a response. I try not to use electricity too much but with CITI BANK N.A. having my 15 usc 1602(l) credit card I know they are taking advantage of me as a consumer.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Civilly liable for federal violations $29,000.00. Anxiety and stress from waiting for CITI BANK N.A. to abide by title 15 usc 1601, 15 usc 1602, & 15 usc 1611 $100,000.00. Being unable to buy a house and move to a better neighborhood so I can provide a safe place for me and my kids $121,000.00. I only ask CITI BANK N.A. to abide by the 15 usc 1601 & 15 USC 1692 but they disregarded the law even after bringing it to their attention.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/22/2021

Signature of Plaintiff: *Rodric E. D[signature]*
Printed Name of Plaintiff: Rodrick E. De Bose

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____