UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RODRICK E. DEBOSE,**

    **Plaintiff,**

**v.**                                       Case No: 8:21-cv-415-MSS-AEP

**CITI BANK N.A.,**

    **Defendant.**

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. A review of the record reveals that Plaintiff has failed to comply with a Court Order. On September 30, 2021, the Court directed Plaintiff to either submit an amended Application to Proceed in District Court without Prepaying Fees or Costs or to pay the filing fee on or before October 21, 2021. (Dkt. 15) The Court cautioned Plaintiff that failure to do so could lead to dismissal of this action without further notice. To date, Plaintiff has failed to comply with the Court's September 30, 2021 Order.

Accordingly, the Court hereby **ORDERS** that Plaintiff's Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of November 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person